UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL D. WELLS,

                    Plaintiff,

-against-                    24cv2450 (LTS)

GREEN HAVEN CORRECTIONAL FACILITY,            CIVIL JUDGMENT

                    Defendant.

    For the reasons stated in the April 8, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 8, 2024
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                             Chief United States District Judge